STUART PHIPPEN, Respondent, v. BAYSIDE FEDERAL SAVINGS AND LOAN ASSOCIATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 984.]

KOTVA SPOLECNOST S RUCENIM OMEZENYM, Respondent, v. ANCHOR MER-CANTILE Co., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

KOTVA SPOLECNOST S RUCENIM OMEZENYM, Respondent, v. ANCHOR MER-CANTILE Co., INC., Appellant.— Order affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Dore, J., dissents and votes to reverse and grant a stay until plaintiff produces an officer or other authorized person familiar with the facts, to comply with the order for plaintiff's examination before trial. Settle order on notice.

EMMA H. LANGE, Appellant, v. STOUFFER CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of the Estate of HUGO ZIETZ, JR., Deceased. WILLIAM FITZ GIBBON, as Ancillary Administrator of the Estate of HUGO ZIETZ, JR., Deceased, Respondent; WILLY ZIETZ, Appellant. In the Matter of the Application of WILLY ZIETZ for the Revocation of the Ancillary Letters of Administration in the Estate of HUGO ZIETZ, JR., Deceased, heretofore Granted to WILLIAM FITZ GIBBON. WILLY ZIETZ, Appellant; WILLIAM FITZ GIBBON, as Ancillary Administrator of the Estate of HUGO ZIETZ, JR., Deceased, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent, William Fitz Gibbon. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Estate of HUGO ZIETZ, JR., Deceased. WILLIAM FITZ GIBBON, as Ancillary Administrator of the Estate of HUGO ZIETZ, JR., Deceased, Respondent; WILLY ZIETZ, Appellant.— Order granting motion for examination before trial of Zietz unanimously affirmed, but examination is stayed pending determination by Surrogate of proceeding to revoke appointment of ancillary administrator. No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ISIDOR BREGOFF, Appellant, v. GUARANTEED PARTS Co., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the plaintiff, if he wishes, to amend his complaint to allege discharge from his engagement. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

In the Matter of MAY ATKIN, Respondent, against MAURICE FINKELSTEIN et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and and Van Voorhis, JJ. [See *post*, p. 927.]

In the Matter of the Arbitration between JOHN REMENY, INC., Appellant, and JOLICO TEXTILE Co., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *post*, p. 985.]

In the Matter of SAMUEL WERNER, INC., et al., Appellants, against EUGENE G. SCHULZ, as Commissioner of Public Markets of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.